**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Christin and Heather Bishop, Respondents,

v.

Jatiya Williams, Terrence Gindhart, and South Carolina Department of Social Services, Defendants,

and

South Carolina Department of Social Services, Plaintiffs,

v.

Jatiya Williams and Terrence Gindhart, Defendants,

and

Intervening Parties: Christin and Heather Bishop,

Of whom Jatiya Williams is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-000844

———————————

Appeal From Richland County
A. E. Morehead, III, Family Court Judge

———————————

Unpublished Opinion No. 2025-UP-021
Submitted January 17, 2025 – Filed January 24, 2025

## AFFIRMED

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

Drake Hunter Kaiser, of Reddick & Kaiser, LLC, of Columbia, as the Guardian ad Litem for Appellant.

James Fletcher Thompson, of Thompson Dove Law Group LLC, of Spartanburg, for Respondents.

Emily Turner Looney, of Northeast New Jersey Legal Services, of Paterson, New Jersey, for Guardian ad Litem Gayle Ricks.

Almand James Barron, of The Law Offices Of Shea And Barron, of Columbia, as the Guardian ad Litem for the minor child.

**PER CURIAM:** Jatiya Williams appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Williams's counsel.

**AFFIRMED.**[1]

**THOMAS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.